UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MARIANA RAMIREZ, | ) CV 05-05889-SH |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| JO ANNE B BARNHART, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment be entered in favor of the plaintiff, the decision of the Commissioner is reversed and the matter is remanded in accordance with Sentence Four of 42 U.S.C. § 405(g).

DATED: July 18, 2006

_____/s/_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE